**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 2:20 CR 88** |
| | ) | |
| **JEREMIAH TAYLOR** | ) | |

<u>**ACCEPTANCE OF PLEA OF GUILTY**</u>

Pursuant to the Report and Recommendation of the United States Magistrate

Judge (DE # 25), to which the defendant has not objected, and subject to this court's

consideration of the Plea Agreement pursuant to Federal Rule of Criminal Procedure

11(c)(3), the Magistrate Judge's findings are now **ADOPTED**, and defendant's plea of

guilty to Count 1 of the Indictment is hereby **ACCEPTED**. A sentencing date will be set

under separate order.

**SO ORDERED.**

Date: July 29, 2021

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT